IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAWAD RABI, an Illinois resident; and ZRM ENTERPRISES, LLC, a Wisconsin limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>GUS DAHLEH aka GG DAHLEH aka GHASSAN DAHLEH, a California resident; CDM INVESTORS, LLC, an Illinois limited liability company; KYNDRA MAYO, a California resident; NPI DEBT FUND II, LP. a California limited partnership,<br><br>    Defendants. | Case No. 1:22-cv-3551<br><br>Honorable Edmond E. Chang<br><br>**Stipulation of Dismissal [FRCP 41(A)] and Order of Dismissal** |

    Plaintiffs, Jawad Rabi and ZRM Enterprises, LLC and Defendants, Gus Dahleh aka Ghassan Dahleh, CDM Investors, LLC, Kyndra Mayo and NPI Debt Fund II, LP hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is being dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys fees, fees and costs.

Swanson, Martin & Bell LLP

By: */s/ Brett M. Henne*
    Brett M. Henne

Attorneys for Plaintiffs, JAWAD RABI, and ZRM ENTERPRISES, LLC,

Salyer Law Offices, LLC
By: */s/ Mindy S. Salyer*
    Mindy S. Salyer

Attorneys for Plaintiffs, JAWAD RABI, and ZRM ENTERPRISES, LLC,

Dated: June 6, 2023

Vedder Price P.C.

By: */s/ Brian W. Ledebuhr*
    Brian W. Ledebuhr
Attorneys for Defendants, GUS DAHLEH aka GHASSAN DAHLEH, CDM INVESTORS, LLC and KYNDR MAYO,

Kopecky Schumacher Rosenberg LLC

By: */s/  James L. Kopecky*_____
      James L. Kopecky
Attorneys for Defendant, NPI Debt Fund II, LP.

Chuhak & Tecson, P.C.

By: /s/ *Brandon R. Freud*_____
      Brandon R. Freud
Attorneys for Defendant, NPI Debt Fund II, LP.

Brett M. Henne (# 6276545)
Swanson, Martin & Bell, LLP
1860 West Winchester Road, Suite 201
Libertyville, IL 60048
(847)949-0025
bhenne@smbtrials.com

**Order of Dismissal**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys fees, fees and costs. The Clerk is directed to close the file.

Dated: June 6, 2023

Honorable Edmond E. Chang<br>
United States District Judge